FILED NOV 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED NOV 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Todd A. Scharnhorst
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
tas@sakfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS, INC., a corporation; and DOES 1 Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Todd A. Scharnhorst, an active member in good standing of the bars of theKansas Supreme Court; United States District Court for the District of Kansas; Missouri Supreme Court; United States District Court for the Western District of Missouri; and United States Court of Appeals for the 10th Circuit, whose business address and telephone number is: SCHARNHORST AST & KENNARD, P.C., 1000 Walnut, Suite 1550, Kansas City, MO 64106, (816) 268-9400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Monte Morgan, on behalf of himself and all others similarly situated.

{00117472.DOC}

1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
   contained in General Order No. 45, *Electronic Case Filing*.
5
6  Dated: /Dec 08                          _____
7                                          Bernard Zimmerman
                                           United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  {00117472.DOC}
                                              2
28