

RECEIVED
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffrey A. Kennard
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
jak@sakfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS, INC., a corporation; and DOES 1 Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSSION OF ATTORNEY *PRO HAC VICE* |

Jeffrey A. Kennard, an active member in good standing of the bars of the State of Missouri; State of Kansas; State of Oklahoma; U.S. District Court for the Western District of Missouri; U.S. District Court of the District of Kansas; U.S. District Court for the Northern District of Oklahoma, U.S. District Court for the Western District of Oklahoma and the U.S. Supreme Court, whose business address and telephone number is: SCHARNHORST AST & KENNARD, P.C., 1000 Walnut, Suite 1550, Kansas City, MO 64106, (816) 268-9400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Monte Morgan, on behalf of himself and

{00117472.DOC}

1

1  all others similarly situated.

2

3  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

7

8  Dated: /S— 08

_____
Bernard Zimmerman
United State Magistrate Judge

{00117472.DOC}

2