Christopher C. Tillery
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
cct@sakfirm.com

Attorneys for Plaintiffs

**RECEIVED**
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS, INC., a corporation; and DOES 1 Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSSION OF ATTORNEY *PRO HAC VICE*** |

Christopher C. Tillery, an active member in good standing of the bars of the Supreme Court of Kansas; Supreme Court of Missouri; United States District Court for the District of Kansas; and United States District Court for the Western District of Missouri, whose business address and telephone number is: SCHARNHORST AST & KENNARD, P.C., 1000 Walnut, Suite 1550, Kansas City, MO 64106, (816) 268-9400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Monte Morgan, on behalf of himself and all others similarly situated.

{00117472.DOC}

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
   contained in General Order No. 45, *Electronic Case Filing*.
5
6  Dated: /s/

                                      Bernard Zimmerman
                                      United State Magistrate Judge

{00117472.DOC}

2