IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN,<br><br>   Plaintiff,<br><br>v.<br><br>HARMONIX MUSIC SYSTEMS,<br><br>   Defendant. | CASE NO. CV085211 BZ<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE*** |

Michael L. Hodges                           , whose business address and telephone number is

13420 Santa Fe Trail Drive, Lenexa, KS 66215; (913) 888-7100

and who is an active member in good standing of the bar of  District of Kansas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Monte Morgan

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  /Dec 08

Honorable Bernard Zimmerman
United States Magistrate Judge