IRELL & MANELLA LLP
Richard B. Kendall (90072)
Richard M. Simon (240530)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendants
Harmonix Music Systems, Inc.,
Viacom International Inc. and Electronic Arts Inc.

STRANGE & CARPENTER
Brian R. Strange (103252)
Gretchen Carpenter (180525)
12100 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
Telephone:   (310) 207-5055
Facsimile:    (310) 826-3210

Attorneys for Plaintiff
Monte Morgan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS INC., a corporation; and DOES Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>[Case assigned to Hon. Bernard Zimmerman]<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed:   November 18, 2008 |

1   WHEREAS Plaintiff Monte Morgan ("Plaintiff") filed a Complaint against Harmonix
2 Music Systems, Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts
3 Inc. (collectively, "Defendants") on November 18, 2008.

4   WHEREAS defendant Viacom International Inc. ("Viacom"), the first of the Defendants to
5 be served, was served with the Complaint on November 25, 2008.  Pursuant to Rule 12(a)(1) of
6 the Federal Rules of Civil Procedure, Viacom's response is due on December 15, 2008.
7 Electronics Arts Inc. was served with the Complaint on November 25, 2008 and its response is
8 due on December 15, 2008.  Harmonix Music Systems, Inc. was served on November 26, 2008,
9 and its response is due on December 16, 2008.

10   WHEREAS counsel for the above-referenced parties agree that the time for Defendants to
11 file a motion, answer, or otherwise respond to the Complaint shall be extended through close of
12 business on January 15, 2009.

13   WHEREAS the extension will allow for a uniform response date to the Complaint, which
14 the parties believe will serve the interests of judicial efficiency and conservation of resources.

15   IT IS HEREBY STIPULATED between the parties to this action, by and through their
16 undersigned attorney, that:

17   1.   The time for Defendants to file their response to the Complaint is extended through
18 close of business on January 15, 2009.  Following execution of this Stipulation, counsel for
19 Defendants shall promptly file it with the Court.

20   2.   Nothing herein amounts to or shall be construed as a waiver by any Defendant of
21 any right to move to dismiss the Complaint filed in this action on any applicable grounds,
22 including without limitation, for lack of personal jurisdiction.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1982734.1

- 2 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| Dated:  December 9, 2008 | IRELL & MANELLA LLP<br>Richard B. Kendall<br>Richard M. Simon<br><br>By:   /s/ Richard B. Kendall<br>Richard B. Kendall*<br>Attorneys for Defendants<br>Harmonix Music Systems, Inc., Viacom International, Inc. & Electronic Arts Inc. |
| Dated:  December 9, 2008 | STRANGE & CARPENTER<br>Brian R. Strange<br>Gretchen Carpenter<br><br>By:   /s/ Brian R. Strange<br>Brian R. Strange<br>Attorneys for Plaintiff<br>Monte Morgan |

* I, Richard B. Kendall, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order].  In compliance with General Order 45.X.B, I hereby attest that Brian R. Strange has concurred with this filing.

# [~~PROPOSED~~] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for each defendant to move, answer, or otherwise respond to the Complaint in this Action, Case No. CV 08-5211 BZ, is extended through January 15, 2009.

Dated:  December 10, 2008

*/s/ Bernard Zimmerman*
Hon. Bernard Zimmerman
Magistrate Judge, United States District Court

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1982734.1

- 3 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT