IRELL & MANELLA LLP
Richard B. Kendall (90072)
Richard M. Simon (240530)
Julie A. Mandelsohn (252640)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendants
Harmonix Music Systems, Inc.,
Viacom International Inc. and Electronic Arts Inc.

STRANGE & CARPENTER
Brian R. Strange (103252)
Gretchen Carpenter (180525)
12100 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
Telephone:   (310) 207-5055
Facsimile:    (310) 826-3210

Attorneys for Plaintiffs
Monte Morgan and F. Jason Vasquez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS INC., a corporation; and DOES Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>Case assigned to Hon. Bernard Zimmerman<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed:   November 18, 2008<br>First Amended Complaint Filed: December 23, 2008 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2004053.1

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  WHEREAS Plaintiffs Monte Morgan and F. Jason Vasquez ("Plaintiffs") filed a
2  Complaint against Harmonix Music Systems, Inc., MTV Networks, a division of Viacom
3  International Inc., and Electronic Arts Inc. (collectively, "Defendants") on November 18, 2008.

4  WHEREAS this Court entered an order dated December 10, 2008, providing that "the time
5  for each defendant to move, answer, or otherwise respond to the Complaint in this Action, Case
6  No. CV 08-5211 BZ, is extended through January 15, 2009."

7  WHEREAS Defendants served counsel for Plaintiffs with a Civil Code § 1782(e)
8  Compliance Communication on December 18, 2008 addressing possible resolution of Plaintiffs'
9  claims under the California Consumer Legal Remedies Act, California Civil Code Section 1780 *et*
10 *seq.*

11  WHEREAS Plaintiffs filed a First Amended Complaint against Defendants on December
12  23, 2008.

13  WHEREAS this Court entered an order dated January 8, 2009, providing that "the time for
14  each defendant to move, answer, or otherwise respond to the First Amended Complaint in this
15  Action, Case No. CV 08-5211 BZ, is extended through January 29, 2009."

16  WHEREAS counsel for Defendants and counsel for Plaintiffs have been in communication
17  regarding a possible resolution of this case.

18  WHEREAS the extension will allow for further communications between counsel for
19  Plaintiffs and counsel for Defendants in order to pursue a possible resolution of this case, which
20  the parties believe will serve the interests of judicial efficiency and conservation of resources.

21  IT IS HEREBY STIPULATED between the parties to this action, by and through their
22  undersigned attorney, that:

23  1. The time for Defendants to file their response to the First Amended Complaint is
24  extended through close of business on February 12, 2009. Following execution of this Stipulation,
25  counsel for Defendants shall promptly file it with the Court.

26  2. Nothing herein amounts to or shall be construed as a waiver by any Defendant of
27  any right to move to dismiss the First Amended Complaint filed in this action on any applicable
28  grounds, including without limitation, for lack of personal jurisdiction.

2004053.1 01

Dated:  January 26, 2009

IRELL & MANELLA LLP
Richard B. Kendall
Richard M. Simon
Julie A. Mandelsohn

By:   /s/ Richard B. Kendall
Richard B. Kendall*
Attorneys for Defendants
Harmonix Music Systems, Inc., Viacom International, Inc. & Electronic Arts Inc.

Dated:  January 26, 2009

STRANGE & CARPENTER
Brian R. Strange
Gretchen Carpenter

By:   /s/ Brian R. Strange
Brian R. Strange
Attorneys for Plaintiffs
Monte Morgan & F. Jason Vasquez

\* I, Richard B. Kendall, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order].  In compliance with General Order 45.X.B, I hereby attest that Brian R. Strange has concurred with this filing.

## [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for each defendant to move, answer, or otherwise respond to the First Amended Complaint in this Action, Case No. CV 08-5211 BZ, is extended through February 12, 2009.

Dated:  January 27, 2009

Hon. Bernard Zimmerman
Magistrate Judge, United States District Court