1  IRELL & MANELLA LLP
   Richard B. Kendall (90072)
2  Richard M. Simon (240530)
   Julie A. Mandelsohn (252640)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Defendants
6  Harmonix Music Systems, Inc.,
   Viacom International Inc. and Electronic Arts Inc.
7
   STRANGE & CARPENTER
8  Brian R. Strange (103252)
   Gretchen Carpenter (180525)
9  12100 Wilshire Blvd, Suite 1900
   Los Angeles, CA 90025
10 Telephone:   (310) 207-5055
   Facsimile:    (310) 826-3210
11
   Attorneys for Plaintiffs
12 Monte Morgan and F. Jason Vasquez

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| 16  MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. CV 08 5211 BZ |
|---|---|---|
| 17 | ) | Case assigned to Hon. Bernard Zimmerman |
| 18           Plaintiffs, | ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| 19      vs. | ) ) | |
| 20  HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of | ) ) | Complaint Filed:   November 18, 2008 First Amended Complaint Filed: |
| 21  VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS INC., a | ) ) | December 23, 2008 |
| 22  corporation; and DOES 1 Through 10, | ) ) | |
| 23           Defendants. | ) ) | |
| 24 | ) | |

1   WHEREAS Plaintiffs Monte Morgan and F. Jason Vasquez ("Plaintiffs") filed a
2  Complaint against Harmonix Music Systems, Inc., MTV Networks, a division of Viacom
3  International Inc., and Electronic Arts Inc. (collectively, "Defendants") on November 18, 2008.
4   WHEREAS this Court entered an order dated December 10, 2008, providing that "the time
5  for each defendant to move, answer, or otherwise respond to the Complaint in this Action, Case
6  No. CV 08-5211 BZ, is extended through January 15, 2009."
7   WHEREAS Defendants served counsel for Plaintiffs with a Civil Code § 1782(e)
8  Compliance Communication on December 18, 2008 addressing possible resolution of Plaintiffs'
9  claims under the California Consumer Legal Remedies Act, California Civil Code Section 1780 *et*
10 *seq.*
11  WHEREAS Plaintiffs filed a First Amended Complaint against Defendants on December
12 23, 2008.
13  WHEREAS this Court entered an order dated January 8, 2009, providing that "the time for
14 each defendant to move, answer, or otherwise respond to the First Amended Complaint in this
15 Action, Case No. CV 08-5211 BZ, is extended through January 29, 2009."
16  WHEREAS this Court entered an order dated January 27, 2009, providing that "the time
17 for each defendant to move, answer, or otherwise respond to the First Amended Complaint in this
18 Action, Case No. CV 08-5211 BZ, is extended through February 12, 2009."
19  WHEREAS counsel for Defendants and counsel for Plaintiffs have been in communication
20 regarding a possible resolution of this case.
21  WHEREAS the extension will allow for further communications between counsel for
22 Plaintiffs and counsel for Defendants in order to pursue a possible resolution of this case, which
23 the parties believe will serve the interests of judicial efficiency and conservation of resources.
24  IT IS HEREBY STIPULATED between the parties to this action, by and through their
25 undersigned attorney, that:
26  1.  The time for Defendants to file their response to the First Amended Complaint is
27 extended through close of business on March 16, 2009. Following execution of this Stipulation,
28 counsel for Defendants shall promptly file it with the Court.

2012163.1 01

2.  Nothing herein amounts to or shall be construed as a waiver by any Defendant of any right to move to dismiss the First Amended Complaint filed in this action on any applicable grounds, including without limitation, for lack of personal jurisdiction.

Dated: February 10, 2009

IRELL & MANELLA LLP
Richard B. Kendall
Richard M. Simon
Julie A. Mandelsohn

By:  /s/ Richard B. Kendall
Richard B. Kendall*
Attorneys for Defendants
Harmonix Music Systems, Inc., Viacom International, Inc. & Electronic Arts Inc.

Dated: February 10, 2009

STRANGE & CARPENTER
Brian R. Strange
Gretchen Carpenter

By:  /s/ Brian R. Strange
Brian R. Strange
Attorneys for Plaintiffs
Monte Morgan & F. Jason Vasquez

* I, Richard B. Kendall, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order]. In compliance with General Order 45.X.B, I hereby attest that Brian R. Strange has concurred with this filing.

## [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for each defendant to move, answer, or otherwise respond to the First Amended Complaint in this Action, Case No. CV 08-5211 BZ, is extended through March 16, 2009.

Dated: February 10, 2009

Hon. Bernard Zimmerman
Magistrate Judge, United States District Court

2012163.1 01

- 3 -