1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS INC., a corporation; and DOES Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>Case assigned to Hon. Bernard Zimmerman<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: FOUR WEEK CONTINUANCE OF THE MARCH 16, 2009 INITIAL CASE MANAGEMENT CONFERENCE AND EXTENSION OF INITIAL DISCLOSURE AND CASE MANAGEMENT DEADLINES<br><br>Complaint Filed: November 18, 2008<br>First Amended Complaint Filed: December 23, 2008 |

Whereas the Court has considered plaintiffs Monte Morgan and F. Jason Vasquez and defendants Harmonix Music Systems, Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts Inc.'s Joint Motion for Administrative Relief re: Four Week Continuance of the March 16, 2009 Initial Case Management Conference and Extension of Initial Disclosure and Case Management Deadlines, and for good cause shown the Court is of the Opinion that this motion should be GRANTED.

//
//

1  IT IS HEREBY ORDERED that initial case management conference, initial disclosure,
2  case management and ADR deadlines, as set by February 4, 2009 Order of the Court, shall be
3  modified as follows:

| Event | Date per Feb. 4 Order | Modified Date |
|---|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | February 23, 2009 | March 23, 2009 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | March 9, 2009 | April 6, 2009 |
| INITIAL CASE MANAGEMENT CONFERENCE | March 16, 2009<br>4:00 PM, Courtroom G | April 13, 2009<br>4:00 PM, Courtroom G |

Dated: 19 Feb 09

Hon. Bernard Zimmerman
Magistrate Judge, United States District Court

- 2 -
2015870.1   [PROPOSED] ORDER RE: CASE MANAGEMENT DEADLINES