UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN, et al.,<br><br>           Plaintiff(s),<br><br>     v.<br><br>HARMONIX MUSIC SYSTEMS, INC., et al.,<br><br>           Defendant(s). | No. C08-5211 BZ<br><br>**PRETRIAL SCHEDULING ORDER** |

Following the Case Management Conference, at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' class certification motion shall by filed by **September 8, 2009**;

2. Defendants' opposition shall be filed by **September 25, 2009**;

3. Plaintiffs' reply, if any, shall be filed by **October 5, 2009**;

4. A hearing on class certification is scheduled for **October 21, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

1

1  California 94102.
2      A status conference is scheduled for **Monday, November 2,**
3  **2009 at 4:00 p.m.**
4  Dated:   June 25, 2009

                                     _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\MORGAN v. HARMONIX\CLASS CERTIFICATION SCHEDULING ORDER.wpd

2