UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONTE MORGAN, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-5211 (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER REFERRING CASE FOR** |
| HARMONIX MUSIC SYSTEMS, | ) | **SETTLEMENT CONFERENCE** |
| INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

With the concurrence of both parties, **IT IS HEREBY**

**ORDERED** that this matter is referred to the Honorable Joseph

C. Spero to preside over a settlement conference to be held at

the convenience of his calendar within the next **45 days**, if

possible.  Judge Spero will issue his own scheduling order.

Dated:  July 2, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MORGAN v. HARMONIX\ORDER REFERRING CASE FOR SETT CONF.wpd

1