1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12 | MONTE MORGAN and F. JASON
VASQUEZ, on behalf of themselves and all
13 | others similarly situated,

14 |          Plaintiffs,

15 |     vs.

16 | HARMONIX MUSIC SYSTEMS, INC., a
corporation; MTV NETWORKS, a division
17 | of VIACOM INTERNATIONAL, INC., a
corporation; ELECTRONIC ARTS, INC., a
18 | corporation; and DOES 1 Through 10,

19 |          Defendants.

20
21
22
23

**Case No. CV 08 5211 BZ**

**[~~PROPOSED~~] ORDER GRANTING
PLAINTIFFS' MOTION TO CORRECT
A MISTAKE PURSUANT TO FRCP 60**

**CLASS ACTION**

Date:     September 2, 2009
Time:     10:00 a.m.
Judge:    Hon. Bernard Zimmerman

Assigned to the Honorable Bernard
Zimmerman, Courtroom G

Action Filed on November 18, 2008
Trial Date Not Set

24
25
26
27
28

    Plaintiffs' Motion to Correct a Mistake Pursuant to FRCP 60 ("Motion") came on

regularly for hearing on September 2, 2009, at 10:00 a.m.  Having considered all papers filed in

support of and opposition to the Motion, and good cause appearing, the Motion is hereby

GRANTED.  The Order on Defendants' Motion to Dismiss First Amended Complaint ("Order")

and Motion to Strike is hereby amended to replace the sentence "The vertical privity requirement

PDF created with pdfFactory Pro trial version www.pdffactory.com

1   exists under both the Song-Beverly Act and the California Commercial Code," found at page 4,

2   lines 15 through 17 of the Order, with "The vertical privity requirement exists under the California

3   Commercial Code, but not under the Song-Beverly Act."

4         IT IS SO ORDERED.

5   DATED: _ July 20, 2009 __

                                             Honorable Bernard Zimmerman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory Pro trial version www.pdffactory.com

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

        I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:

12100 Wilshire Boulevard, Suite 1900
Los Angeles, California  90025

        On July 17, 2009, I served the forgoing document, described as: **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT A MISTAKE PURSUANT TO FRCP 60**

on the interested parties in this action:  **[ X ] ECF** or [  ]  by placing
[  ] the original  [  ]  a true copy thereof to in an envelope addressed only as follows:

Todd A. Scharnhorst, Esq.
Jeffrey A. Kennard, Esq.
Scharnhorst Ast & Kennard, P.C.
1000 Walnut Street, Suite 1550
Kansas City, Missouri 64106
Direct Tel: 816-268-9401
Fax: 816-268-9409
*tas@sakfirm.com*
*jak@sakfirm.com*

Michael L. Hodges, Esq.
Hodges Law Firm, Chartered
13420 Santa Fe Trail Drive
Lenexa, Kansas 66215
Tel: 913-888-7100
Fax: 913-888-7388
*mikehodges@hodgeslawfirm.com*

*Co-Counsel for Plaintiff*

Richard B. Kendall, Esq.
Richard M. Simon, Esq.
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA90067
Tel:: 310-556-2700
Fax: 310-556-2705
rkendall@kbkfirm.com
rsimon@kbkfirm.com

*Attorney for Defendants*

[ X ]   **VIA ECF**

[  ] I deposited such an envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

[ X ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California.  I am aware that on motion of party served, service is presumed invalid if

i

PDF created with pdfFactory Pro trial version www.pdffactory.com

1   postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

2

3   **[  ] BY PERSONAL SERVICE**

4       I delivered such envelope by hand to the addressee.
Executed on July 17, 2009, at Los Angeles, California.

5   **[ X ]  (Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

6

7                             /s/

8                           Jill Hood

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 08 5211 BZ – [Proposed] Order Granting Motion to Correct Mistake

PDF created with pdfFactory Pro trial version www.pdffactory.com