UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS INC., a corporation; and DOES Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>Case assigned to Hon. Bernard Zimmerman<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME FOR SETTLEMENT CONFERENCE AND DEADLINE TO FILE AMENDED COMPLAINT<br><br>Complaint Filed:   November 18, 2008<br>First Amended Complaint Filed:<br>December 23, 2008 |

Whereas the Court has considered plaintiffs Monte Morgan and F. Jason Vasquez and defendants Harmonix Music Systems, Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts Inc.'s Joint Motion For Administrative Relief Re: Extension of Time For Settlement Conference and Deadline To File Amended Complaint, and for good cause shown the Court is of the Opinion that this motion should be GRANTED.

IT IS HEREBY ORDERED that the time for the Settlement Conference shall be extended from 45 days such that the conference may be held on August 31, 2009 and the deadline for the Plaintiffs to file an amended complaint is extended from July 20, 2009 until August 7, 2009.

Dated: \_\_\_July 20, 2009_____

_____
Hon. Bernard Zimmerman
Magistrate Judge, United States District Court