1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10   MONTE MORGAN, et al.,        )
                                  )
11            Plaintiff(s),       )      No. C08-5211 BZ
                                  )
12        v.                      )      **BRIEFING ORDER**
                                  )
13   HARMONIX MUSIC SYSTEMS,      )
     INC., et al.,                )
14                                )
              Defendant(s).       )
15   ─────────────────────────────)

16        Having received plaintiffs' motion to correct mistake, **IT**

17   **IS HEREBY ORDERED** as follows:

18        1.  If defendants wish to oppose the motion, they shall

19   file an opposition by **July 29, 2009**;

20        2.  Plaintiffs' reply, if any, shall be filed by **August**

21   **3, 2009**;

22        3.  A hearing on the motion, if necessary, will be

23   scheduled after the Court reviews the papers.

24   Dated:  July 21, 2009

25                         Bernard Zimmerman

26                  United States Magistrate Judge

27
     G:\BZALL\-BZCASES\MORGAN v. HARMONIX\BRIEFING ORDER. MOT TO CORRECT.wpd
28