1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Richard M. Simon (240530)
3    *rsimon@kbkfirm.com*
   10100 Santa Monica Boulevard, Suite 1725
4  Los Angeles, California 90067
   Telephone:   (310) 556-2700
5  Facsimile:   (310) 556-2705

6  Attorneys for Defendants
   Harmonix Music Systems, Inc.,
7  Viacom International Inc.,
   Electronic Arts Inc., and Best Buy Co. Inc.
8
   STRANGE & CARPENTER
9  Brian R. Strange (103252)
   Gretchen A. Carpenter (180525)
10 12100 Wilshire Blvd, Suite 1900
   Los Angeles, CA 90025
11 Telephone:   (310) 207-5055
   Facsimile:   (310) 826-3210
12
   Attorneys for Plaintiffs
13 Monte Morgan and F. Jason Vasquez

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17 | MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated, | Case No. CV 08 5211 BZ |
|---|---|
| | Case assigned to Hon. Bernard Zimmerman |
|         Plaintiffs, | |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT BEST BUY CO., INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |
|    vs. | |
| HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS, Inc., a corporation; BEST BUY CO., INC., a corporation; and DOES 1 Through 10, | |
| | Complaint Filed: November 18, 2008 |
| | Second Amended Complaint Filed: August 14, 2008 |
|         Defendants. | |

1    WHEREAS Plaintiffs Monte Morgan and F. Jason Vasquez ("Plaintiffs") filed a Second
2 Amended Complaint ("Complaint") in this action on August 14, 2009.  The Complaint names Best
3 Buy Co., Inc. ("Best Buy") as a defendant, in addition to the existing defendants Harmonix Music
4 Systems, Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts Inc.
5 (collectively, "Defendants").
6    WHEREAS the Summons and Complaint were served on Best Buy on August 20, 2009.
7 Proof of service was filed with the Court on September 2, 2009.
8    WHEREAS the parties were engaged in a Court-ordered Settlement Conference on August
9 31, 2009.  The conference did not succeed in resolving any claims at this time.
10    WHEREAS counsel for parties agree that the time for defendant Best Buy to file a motion,
11 answer, or otherwise respond to the Complaint shall be extended through close of business on
12 September 25, 2009.
13    WHEREAS counsel for the parties intend to execute a stipulation setting the date for the
14 remaining Defendants to respond to the Complaint also on September 25, 2009.
15    WHEREAS the extension will allow for a uniform response date to the Complaint, which
16 the parties believe will serve the interests of judicial efficiency and conservation of resources.
17    IT IS HEREBY STIPULATED between the parties to this action, by and through their
18 undersigned attorney, that:
19    1.   The time for Best Buy to file its response to the Complaint is extended through
20 close of business on September 25, 2009.  Following execution of this Stipulation, counsel for
21 Defendants shall promptly file it with the Court.
22    2.   Nothing herein amounts to or shall be construed as a waiver by any Defendant of
23 any right to move to dismiss the Complaint filed in this action on any applicable grounds,
24 including without limitation, for lack of personal jurisdiction or that it is not a proper party to this
25 action.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2009 | IRELL & MANELLA LLP |
| 2 | | Richard B. Kendall |
| | | Richard M. Simon |

By: \_\_\_\_/s/ Richard M. Simon\_\_\_\_
Richard M. Simon*
Attorneys for Defendants
Harmonix Music Systems, Inc., Viacom
International, Inc., Electronic Arts Inc. &
Best Buy Co., Inc.

Dated: September 8, 2009    STRANGE & CARPENTER
Brian R. Strange
Gretchen A. Carpenter

By: \_\_\_\_/s/ Brian R. Strange\_\_\_\_
Brian R. Strange
Attorneys for Plaintiff
Monte Morgan

* I, Richard M. Simon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order]. In compliance with General Order 45.X.B, I hereby attest that Brian R. Strange has concurred with this filing.

## [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for defendant Best Buy Co., Inc. to move, answer, or otherwise respond to the Second Amended Complaint in this Action, Case No. CV 08-5211 BZ, is extended through September 25, 2009.

Dated: September 8, 2009

*/s/ Bernard Zimmerman*
Hon. Bernard Zimmerman
Magistrate Judge, United States District Court