UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTE MORGAN and F. JASON VASQUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., a corporation; MTV NETWORKS, a division of VIACOM INTERNATIONAL, INC., a corporation; ELECTRONIC ARTS, Inc., a corporation; BEST BUY CO. INC., a corporation; and DOES 1 Through 10,<br><br>Defendants. | Case No. CV 08 5211 BZ<br><br>Case assigned to Hon. Bernard Zimmerman<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSTION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Complaint Filed:   November 18, 2008<br>Second Amended Complaint Filed: August 14, 2008 |

Whereas the Court has considered plaintiffs Monte Morgan and F. Jason Vasquez and defendants Harmonix Music Systems, Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts Inc.'s Joint Motion For Administrative Relief Re: Extension of Time For Defendants To Respond To Second Amended Complaint, and for good cause shown the Court is of the Opinion that this motion should be GRANTED.

1  IT IS HEREBY ORDERED that the deadline for defendants Harmonix Music Systems,
2  Inc., MTV Networks, a division of Viacom International Inc., and Electronic Arts Inc. to respond
3  to the Second Amended Complaint is extended from September 15 to September 25, 2009.

Dated: September 11, 2009

_____
Hon. Bernard Zimmerman
Magistrate Judge
United States District Court

IT IS SO ORDERED
[signature]
Judge Bernard Zimmerman

-1-

[PROPOSED ORDER] RE: EXTENSION OF TIME
TO RESPOND TO SECOND AMENDED COMPLAINT

1993263.1